No. 674. WEYERHAEUSER STEAMSHIP CO. *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Chalmers G. Graham* and *Henry R. Rolph* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick, John G. Laughlin, Jr.* and *Kathryn H. Baldwin* for the United States.

No. 614. AIR LINE STEWARDS AND STEWARDESSES ASSOCIATION, INTERNATIONAL, *v.* NATIONAL MEDIATION BOARD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Ruth Weyand* and *Rita C. Davidson* for petitioner. *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for the National Mediation Board et al., *Harold A. Katz* and *Irving M. Friedman* for Air Line Pilots Association, International, and *Robert L. Stern* and *Stuart Bernstein* for United Air Lines, Inc., respondents.

No. 621. CORAL GABLES FIRST NATIONAL BANK ET AL. *v.* CONSTRUCTORS OF FLORIDA, INC., ET AL. District Court of Appeal of Florida, Third District. Certiorari denied. *W. G. Ward* and *Leo L. Foster* for petitioners. *William L. Gray, Fuller Warren, Tom Maxey, William L. Gray, Jr., Grover C. Herring* and *Egbert Beall* for respondents.

No. 672. PORETTO ET AL. *v.* USRY, DISTRICT DIRECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. Petitioners *pro se. Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Lee A. Jackson* for respondent.